ANDREW JOHNSON, Appellant, v. THOMAS B. CRARY and Others, Respondents.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the lease expired twelve years from its date and that the plaintiff was entitled to possession of the property at that time. The question of accounting for the oil not having been passed upon,

judgment should not be directed here but a new trial should be granted. All concurred.